Homer M. ADKINS, Collector of Internal Revenue, Appellant, v. UNITED CORPORATION.

Circuit Court of Appeals, Eighth Circuit.

Jan. 27, 1940.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Sam Rorex, U. S. Atty., and Gordon Frierson, Asst. U. S. Atty., both of Little Rock, Ark., for appellant.

Moore, Burrow & Chowning, of Little Rock, Ark., for appellee.

PER CURIAM. Appeal dismissed with costs, pursuant to stipulation.

ATCHISON, T. & S. F. R. CO. v. BALLARD.

No. 9161.

Circuit Court of Appeals, Fifth Circuit.

Feb. 7, 1940.

For former opinion, see 108 F.2d 768.

Before HUTCHESON, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

As neither of the judges who concurred in the judgment of the court in the above numbered and entitled cause is of opinion that the petition for rehearing should be granted, it is ordered that the said petition be and the same hereby is denied.

BERRY SEED COMPANY et al., Petitioners, v. FEDERAL TRADE COMMISSION.

No. 423, Orig.

Circuit Court of Appeals, Eighth Circuit.

Feb. 9, 1940.

Townley, Campbell, Clark & Miller, of Chicago, Ill., for petitioners.

W. T. Kelley, Chief Counsel, Federal Trade Commission, of Washington, D. C., for respondent.

PER CURIAM. Petition to review order of Federal Trade Commission dismissed at costs of petitioners but that no attorneys' docket fee be taxed in favor of respondent, pursuant to stipulation.

BLUE SPRINGS STATE BANK OF BLUE SPRINGS, MISSOURI, by R. Waldo HOLT, Commissioner of Finance, etc., Appellant, v. MARYLAND CASUALTY COMPANY.

No. 11554.

Circuit Court of Appeals, Eighth Circuit.

Feb. 26, 1940.

Jerome Walsh, of Kansas City, Mo., Burns Strader, of Independence, Mo., and Roy W. Rucker, of Kansas City, Mo., for appellant.

Paul G. Koontz, Harry F. Murphy, and Elliott Norquist, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal dismissed at cost of appellant, on motion of appellant.